## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORALIN J. PARKER,<br><br>Plaintiff,<br><br>v.<br><br>LINDA & GARY STARK,<br><br>Defendants. | CIVIL ACTION NO. 02-0908 (DRD)<br><br>**ORDER** |

It appearing to the Court that i) on July 26, 2005 the Magistrate Judge issued her Report and Recommendation that Plaintif's complaint should be dismissed with prejudice for failure to prosecute; ii) that Plaintiff has failed to file opposition to the Report and Recommendation and iii) the Report and Recommendation set forth good reasons for dismissing the complaint with prejudice,

IT IS, on this 12th day of September, 2005, ORDERED as follows:

1. The Report and Recommendation are adopted as the opinion of the Court; and

2. The complaint in this action is dismissed with prejudice.

							_____
							DICKINSON R. DEBEVOISE, U.S.S.D.J.